Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–31613–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Candido Ortiz
  114 E. High Street
  Bound Brook, NJ 08805

Social Security No.:
  xxx–xx–9780

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          12/10/14
Time:          09:30 AM
Location:      Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 24, 2014
JJW: vpm

                                          James J. Waldron
                                          Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                               District of New Jersey

In re:                                                         Case No. 14-31613-KCF
Candido Ortiz                                                  Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: vpatters            Page 1 of 1         Date Rcvd: Oct 24, 2014
                             Form ID: 132              Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2014.
db             +Candido Ortiz,    114 E. High Street,    Bound Brook, NJ 08805-2002
515126991      +American Express,    Po Box 3001,   16 General Warren Blvd,    Malvern, PA 19355-1245
515126992      +American Express,    P.o. Box 981537,    El Paso, TX 79998-1537
515126995      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
515126996      +Crosswynde Condo Assoc.,    Business Law Group PA,    301 W. Platt St. #375,
                 Tampa, FL 33606-2292
515126997      +Fernandez Florida Law,    113 S. Blvd., 1st Floor,    Tampa, FL 33606-1970
515127003     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,      120 Corporate Blvd Ste 1,   Norfolk, VA 23502)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: leah.bynon@usdoj.gov Oct 24 2014 22:16:13     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 24 2014 22:16:06     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515126993       E-mail/Text: rudgarcia@bppr.com Oct 24 2014 22:16:53     Banco Popular-visa,   Gpo Box 3228,
                 San Juan, PR 00936
515126994      +E-mail/Text: ering@cbhv.com Oct 24 2014 22:16:02     CBHV,   155 N Plank Road,   PO BOX 831,
                 Newburgh, NY 12551-0831
515127000      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 24 2014 22:16:05     Midland Credit Management,
                 PO BOX 939019,   San Diego, CA 92193-9019
515127001      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 24 2014 22:16:05     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
515127005      +E-mail/Text: bankruptcy@sw-credit.com Oct 24 2014 22:16:13     Southwest Credit Syste,
                 5910 W Plano Pkwy,    Plano, TX 75093-2202
515127004      +E-mail/Text: bankruptcy@sw-credit.com Oct 24 2014 22:16:13     Southwest Credit Syste,
                 4120 International Parkway Suite 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515126998       Lease Agreement - Month to Month
515126999       Marta Pacheco - co-signed mortgage
515127006       Toyota Motor Credit Co
515127002*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,      Attn: Bankruptcy,   Po Box 41067,
                 Norfolk, VA 23541)
                                                                                     TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2014 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Kirsten B. Ennis    on behalf of Debtor Candido  Ortiz pacerecf@ennislegal.com
                                                                                              TOTAL: 2
```