Albert Russo, Standing Chapter 13 Trustee
CN 4853
Trenton, NJ  08650
(609) 587-6888

| In re: | : | UNITED STATES BANKRUPTCY COURT<br>District of New Jersey |
|---|---|---|
| | : | Trenton Vicinage |
| Candido Ortiz | : | |
| | : | CHAPTER 13 CASE NO. 14-31613 / KCF |
| | : | |
| | : | Hearing Date: December 10, 2014   9:30 am<br>Honorable  Kathryn C. Ferguson |
| Debtor(s) | : | |

# TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN

Albert Russo, Standing Chapter 13 Trustee, objections to the Debtor(s) Plan for the following reason(s):

**The debtor has insufficient income to fund the plan..**

**Proof of Rental Income**

**The debtor(s) must supply the Trustee with the following document(s):**

**A Modified Plan that provides for clarification regarding discharge.**

**Amendments to Schedules B22 to include income**

**The Plan provides for payment on unsecured claims of less than that which would be distributed upon liquidation under Chapter 7, as prohibited by 11 U.S.C. § 1325(a)(4):**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

/s/    Albert Russo
Albert Russo
Standing Chapter 13 Trustee
by: Erik Collazo