| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. 9004-2(c) <br> **KIRSTEN B. ENNIS, LLC** <br> 92 East Main Street, Suite 407 <br> Somerville, NJ 08876 <br> (908) 713-0345 <br> mail@ennislegal.com <br><br> **Kirsten B. Ennis, Esq. (KE7927)** <br> Attorney for Candido Ortiz, Debtor(s) |

| | |
|---|---|
| In re: <br><br> Candido Ortiz,    Debtor(s) | Case No.: 14-31613 <br><br> Chapter 13 <br><br> Judge: Hon. <br><br> Hearing Date: 1/14/2015 at 9:00 a.m. |

**NOTICE OF MOTION FOR SANCTIONS DUE TO VIOLATION OF THE AUTOMATIC STAY AND FOR TURNOVER OF PROPERTY OF THE ESTATE**

TO:

**Sarah E. Foster, Esq.**
**Business Law Group, PA**
**301 W. Platt Street, Suite 375**
**Tampa, FL 33606**

**Crosswynde Condominium Association, Inc**
**1502 March Cove Court**
**Tampa, FL 33619**

**LG Dec, LLC**
**18220 Clear Lake Drive**
**Lutz, FL 33548**

UPON NOTICE TO:

**Albert Russo**
**Chapter 13 Standing Trustee**
**Cnn4853**
**Trenton, NJ 08650-4853**

**Office of the United States Trustee**
**One Newark Center**

Newark, NJ 07102

ALL PARTIES REQUESTING SERVICE

**PLEASE TAKE FURTHER NOTICE** that, January 14, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, Debtor(s), by their undersigned attorney, Kirsten B. Ennis, shall move before the Honorable , United States Bankruptcy Judge, United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Courtroom 2, Trenton, New Jersey 08608, for entry of an order granting Debtor's Motion for Sanctions and Turnover of Property of the Estate and for related relief, as the Court deems appropriate (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, the undersigned shall rely upon the Certification is Support and proposed form of Order, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to District of New Jersey Local Bankruptcy Rule 9013-1(f), in the event that an objection or other responsive pleading is filed to the Motion, oral arguments is requested on the return date hereof.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with FRBP 7056 and D.N.J. LBR 9013(a) and (d), opposition to the relief requested, and/or cross-motion, if any, shall be filed with the Clerk of the Bankruptcy Court and served upon all parties in interest seven (7) days before the hearing date or the Motion shall be deemed uncontested.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR. 9013-1(k), in the event the Motion is contested, there is a duty to confer to determine whether a consent order may be entered disposing of the Motion or to stipulate to the resolution of as many issues as possible.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with D.N.J. LBR 9013-1(i), unless the Court authorizes otherwise prior to the hearing date hereof, no testimony shall be taken at the hearing except by certification or affidavit.

                                        KIRSTEN B. ENNIS, LLC

Dated: December 17, 2014        By:/s/ Kirsten B. Ennis
                                        Kirsten B. Ennis Attorney for Debtor(s)