**EXHIBIT B**

INSTRUMENT#:2014388630 OR BK: 22992 PG: 988 PGS: 988 - 989 11/06/2014 03:46:55 PM, DOC TAX PD(F.S.201.02)$106.40 DEPUTY CLERK:LPERTUIS Pat Frank,Clerk of the Circuit Court Hillsborough County

Case 8:12-bk-12317-KRM  Doc 92-3  Filed 12/17/14  Entered 12/17/14 13:52:00  Desc Exhibit b- 4  Page 2 of 3

THIS IS NOT A CERTIFIED COPY

$15,200.00

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA IN AND FOR HILLSBOROUGH COUNTY

GENERAL CIVIL DIVISION

CASE NO: 10-CC-012496  Division J

CROSSWYNDE CONDO ASSN INC

    PLAINTIFF(S)

VS.

CANDIDO ORTIZ, et al

    DEFENDANT(S)

# CERTIFICATE OF TITLE

The undersigned Clerk of the Circuit Court certifies that he executed and filed a Certificate of Sale in this action on 10/24/2014, for the property described herein and that no objection to the sale has been filed within the time allowed for filing objections.

The following property in Hillsborough County, Florida:

Unit No. 17-201 of CROSSWYNDE CONDOMINIUM, according to the Declaration of Condominium dated recorded in O.R. Book 15774, Page 503, as amended by First Amendment to Declaration of Condominium of Crosswynde Condominium recorded in O.R. Book 17350, Page 555, and all exhibits and amendments thereof, Public Records of Hillsborough County, Florida, together with an undivided interest in the Common Elements of said Condominium appurtenant thereto.

was sold to: LG DEC LLC, 18220 CLEAR LAKE DRIVE - LUTZ FL 33548

WITNESS my hand and the seal of this court on NOV 0 4 2014

Pat Frank

Clerk of the Court

*Jendaly Martinez*
Deputy Clerk

**GLENDALY MARTINEZ**

RETURN TO CIRCUIT CIVIL