**EXHIBIT C**

INSTRUMENT#:2014396280 OR BK: 22922 PG: 1544 Entered 12/17/14 13:52:00 Desc
12:17:00 PM, DOC TAX PD(F.S.201.02) $864.00 DEPUTY CLERK:TJORDAN Pat
Frank,Clerk of the Circuit Court Hillsborough County

Case 14-03620-KKS Doc 12-3 Filed 12/17/14 Entered 12/17/14 13:52:00 Desc
Exhibit C Page 2 of 3

THIS IS NOT A CERTIFIED COPY

Prepared by and Return to:
The Whitworth Title Group, Inc.
Margaret Ohnmacht
14502 N. Dale Mabry Highway, Suite 200
Tampa, Florida 33618
Our File Number: 4378

**For official use by Clerk's office only**

STATE OF Florida            )         **SPECIAL WARRANTY DEED**
COUNTY OF Hillsborough      )              (Corporate Seller)
                            )

THIS INDENTURE, made this November 14, 2014, between **LG Dec, LLC, a Florida Limited Liability Company**, parties of the first part, and **J&K Investments of Tampa Bay Inc.**, whose mailing address is: 6310 N. Nebraske AVenue, Tampa, Floirda 33604, party/parties of the second part.

**WITNESSETH:**

First parties, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, do hereby grant, bargain, sell, aliens, remises, releases, conveys and confirms unto second party/parties, his/her/their heirs and assigns, the following described property, towit:

Unit No. 17-201, CROSSWYNDE CONDOMINIUM, together with an undivided share in the common elements appurtenant thereto, according to the Declaration of Condominium and all of its attachments and amendments, as recorded in Official Records Book 15774, Page 503, of the Public Records of Hillsborough County, Florida.

Parcel ID Number 072210.0856   Property Address: 9306 Crescent Loop, Tampa, Florida 33619

Subject, however, to taxes for the current year and all subsequent years and all covenants, conditions, restrictions, reservations, limitations, easements and to all applicable zoning ordinances and/and restrictions and prohibitions imposed by governmental authorities, if any.
TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
TO HAVE AND TO HOLD the same in fee simple forever.
AND the parties of the first part hereby covenant with said party/parties of the second part, that they are lawfully seized of said land in fee simple; that they have good right and lawful authority to sell and convey said land; that they hereby fully warrant the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the parties of the first part.
IN WITNESS WHEREOF, first parties have signed and sealed these present the date set forth on November 14, 2014.

Signed, sealed and delivered
in the presence of:

LG Dec, LLC

_____(Seal)
by: Lori Dec, Manager
Address: 18220 Clear Lake Drive, Lutz, Florida 33548

Witness Printed Name____John Hollett____

Witness Printed Name____Margaret K. Ohnmacht____

State of Florida
County of Hillsborough

THE FOREGOING INSTRUMENT was acknowledged before me this 14th day of November, 2014 by Lori Dec, Manager of LG Dec, LLC, of who are personally known to me or who have produced drivers license as identifications.