| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. 9004-2(c) <br> **KIRSTEN B. ENNIS, LLC** <br> 92 East Main Street, Suite 407 <br> Somerville, NJ 08876 <br> (908) 713-0345 <br> mail@ennislegal.com <br><br> **Kirsten B. Ennis, Esq. (KE7927)** <br> Attorney for Candido Ortiz, Debtor(s) |

| In re: | Case No.: 14-31613 |
|---|---|
| Candido Ortiz, Debtor(s) | Chapter 13 |
| | Judge: Hon. Kathryn C. Ferguson |

**ORDER FOR SANCTIONS DUE TO VIOLATIONS OF THE AUTOMATIC STAY AND FOR TURNOVER OF PROPERTY TO THE ESTATE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

Page 2 of 2
Debtor(s): Candido Ortiz
Case No: 14-31613
Caption of Order: **ORDER FOR SANCTIONS DUE TO VIOLATIONS OF THE AUTOMATIC STAY AND FOR TURNOVER OF PROPERTY TO THE ESTATE**

---

1. Crosswynde Condominium Association and/or the Business Law Group be and is hereby ordered to pay sanctions to the debtor in the sum of $1,000.00. Said monies shall be paid within 15 days of the date of this Order directly to the Chapter 13 trustee;

2. Crosswynde Condominium Association and/or the Business Law Group be and is hereby ordered to turn over and/or take any action necessary to effectuate the turn over of all property taken or derived from the debtor or the debtor's estate after October 23, 2014, the date of the commencement of the case herein. Said property shall be turned over within 15 days of the date of this Order.

3. Pursuant to U.S.C. 11 §105(a), the attorney for the debtor is awarded the sum of $1,000.00 as reasonable legal fees and expenses for having to bring this matter before the Court. Said award shall be paid by the Crosswynde Condominium Association and/or the Business Law Group within 15 days of the date of this Order directly to Kirsten B. Ennis, attorney for the debtor.

4. That this matter be set for an evidentiary hearing; and

5. The successful party shall serve this Order on the Debtor, the Trustee and all parties who entered an appearance on this matter within seven (7) days hereof.

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order

United States Bankruptcy Court