| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. 9004-2(c) <br> **KIRSTEN B. ENNIS, LLC** <br> 92 East Main Street, Suite 407 <br> Somerville, NJ 08876 <br> (908) 713-0345 <br> mail@ennislegal.com <br><br> **Kirsten B. Ennis, Esq. (KE7927)** <br> Attorney for Candido Ortiz, Debtor(s) |
| In re: <br><br> Candido Ortiz, Debtor(s) |

Case No.: 14-31613

Chapter 13

Judge: Hon. Kathryn C. Ferguson

Hearing Date: 1/14/2015 at 9:00 a.m.

### CERTIFICATE OF SERVICE

I, Jasmyn Kocsis, am the secretary/paralegal for Kirsten B. Ennis, who represents the debtor in the above captioned matter.

On December 17, 2014, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

**MOTION FOR SANCTIONS DUE TO VIOLATION OF THE AUTOMATIC STAY AND FOR TURNOVER OF PROPERTY OF THE ESTATE**

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

KIRSTEN B. ENNIS, LLC

Date: December 17, 2014        /S/ Jasmyn Kocsis
                Secretary/Paralegal for Kirsten B. Ennis, Esquire

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Sarah E. Foster, Esq.**<br>**Business Law Group, PA**<br>**301 W. Platt Street, Suite 375**<br>**Tampa, FL 33606** | **Attorney for Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |
| **Crosswynde Condominium Association, Inc**<br>**1502 March Cove Court**<br>**Tampa, FL 33619** | **Secured Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |
| **LG Dec, LLC**<br>**18220 Clear Lake Drive**<br>**Lutz, FL 33548** | **3rd Party Purchaser** | ☐ Hand-delivered<br>☒ Regular Mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |
| **Albert Russo**<br>**Chapter 13 Standing Trustee**<br>**Cnn4853**<br>**Trenton, NJ 08650-4853** | **Chapter 13 Trustee** | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |
| **Office of the United States Trustee**<br>**One Newark Center**<br>**Newark, NJ 07102** | **US Trustee** | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.