**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. 9004-2(c)
**KIRSTEN B. ENNIS, LLC**
92 East Main Street, Suite 407
Somerville, NJ 08876
(908) 713-0345
mail@ennislegal.com

**Kirsten B. Ennis, Esq. (KE7927)**
Attorney for Candido Ortiz, Debtor(s)

Order Filed on March 13, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

         Candido Ortiz,Debtor(s)

Case No.: 14-31613

Chapter 13

Judge: Hon. Kathryn C. Ferguson

**STIPULATION OF PARTIAL SETTLEMENT OF CROSSWYNDE CONDOMINIUM
ASSOCIATION, INC AND DEBTOR AS TO 9306 CRESCENT LOOP CIRCLE
APARTMENT 201 TAMPA, FLORIDA AS TO THE MOTION FOR SANCTIONS**

The relief set forth on the following pages, numbered two (2) through three (2) is
hereby **ORDERED**.

**DATED: March 13, 2015**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2 of 2
Debtor(s): Candido Ortiz
Case No: 14-31613
Caption of Order: **STIPULATION OF PARTIAL SETTLEMENT OF CROSSWYNDE CONDOMINIUM ASSOCIATION, INC AND DEBTOR AS TO 9306 CRESCENT LOOP CIRCLE APARTMENT 201 TAMPA, FLORIDA AS TO THE MOTION FOR SANCTIONS**

---

This matter having been brought before the Court upon the Motion of the Debtor for Sanctions due to Violations of the Automatic Stay and for Turnover of property to the Estate and the subsequent Cross-Motion of Crosswynde Condominium Association, Inc. for Relief from the Automatic Stay, it is hereby ORDERED as follows:

1. Debtor hereby withdraws the Motion for Sanctions due to Violations of the Automatic Stay without prejudice together with all demands for attorney's fees; and

2. Parties consent that the proceedings concerning the Debtor's Motion for Turnover of Property to the Estate and Creditor's Cross Motion for Relief from the Automatic Stay shall continue.

HEREBY AGREED TO BY:

LAW FIRM OF JONATHAN R. MILLER

By: _____
Jonathan Miller, Esq.
1310 River Road
Titusville, NJ 08560
Telephone: (609)955-1226
Email: jonathan.miller@lawyer.com

*Attorney for Crosswynde Condominium Association, Inc.*

KIRSTEN B. ENNIS, LLC

By: _____
Kirsten B. Ennis, Esq.
92 East Main Street, Suite 407
Somerville, NJ 08876
Telephone: (908) 713-0345
Email: kirsten@ennislegal.com

*Attorney for Candido Ortiz*