Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 14–31613–KCF
          Chapter: 13
          Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Candido Ortiz
   114 E. High Street
   Bound Brook, NJ 08805

Social Security No.:
   xxx–xx–9780

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on March 13, 2015, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 25 – 12
Stipulation of Partial Settlement as to Sanctions (only)due to Violations of the Automatic Stay Order (related document:12 Motion re: Sanctions due to Violations of the Automatic Stay and for Turnover of Property to the Estate Filed by Kirsten B. Ennis on behalf of Candido Ortiz. Hearing scheduled for 1/14/2015 at 09:00 AM at KCF – Courtroom 2, Trenton. (Attachments: # 1 Certification in Suppot # 2 Exhibit A # 3 Exhibit b # 4 Exhibit c # 5 Exhibit d # 6 Proposed Order # 7 Certificate of Service) filed by Debtor Candido Ortiz). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/13/2015. (fed)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 13, 2015
JJW: fed

                                              James J. Waldron
                                              Clerk