# Notice Recipients

District/Off: 0312–3         User: fdykes              Date Created: 3/13/2015
Case: 14–31613–KCF           Form ID: orderntc         Total: 1

**Recipients of Notice of Electronic Filing:**
aty         Jonathan R. Miller      jonathan.miller@lawyer.com

TOTAL: 1